In the Matter of JOSEPH A. O'DONNELL, Appellant, against FRANCIS J. SINNOTT, as Clerk of the County of Kings, et al., Respondents, et al., Defendants.

Submitted May 29, 1950; decided June 2, 1950.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of the order appellant serves and files the required undertaking on appeal and pays $10 costs, and within twenty days from the date of the order appellant files the required record on appeal in which events motion denied.